

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00454-CV

THE CITY OF FRIENDSWOOD, Appellant

V.

WIGHT REALTY INTERESTS, LTD., Appellee

Appeal from the 212th District Court of Galveston County. (Tr. Ct. No. 09-CV-2123).

After due consideration, the Court **grants** appellant The City of Friendswood's motion to dismiss the appeal. Accordingly, the Court **dismisses** the appeal.

Costs are taxed against the party incurring same.

The Court **orders** that this decision be certified below for observance.

Judgment rendered July 23, 2015.

Per curiam opinion delivered by panel consisting of Justices Jennings, Bland, and Brown.